THE PEOPLE OF THE STATE OF NEW YORK on Complaint of JAMES McDONOUGH, Respondent, v. JAMES BROOKS, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens,

convicting defendant of a violation of section 70, subdivision 5, of the Vehicle and Traffic Law (operating a motor vehicle while in an intoxicated condition) unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.